| | |
|---|---|
| WATSON ROUNDS<br>Michael D. Rounds, Esq. (NV Bar No. 4734)<br>mrounds@watsonrounds.com<br>Adam P. McMillen, Esq. (NV Bar No. 10678)<br>amcmillen@watsonrounds.com<br>Adam Yowell, Esq. (NV Bar No. 11748)<br>ayowell@watsonrounds.com<br>5371 Kietzke Lane<br>Reno, Nevada 89511<br>Telephone: (775) 324-4100<br>Facsimile: (775) 333-8171<br><br>BANNER & WITCOFF, LTD.<br>Charles W. Shifley (IL. Bar No. 2587564)<br>(*pro hac vice* Admitted)<br>cshifley@bannerwitcoff.com<br>Binal J. Patel (IL. Bar No. 6237843)<br>(*pro hac vice* Admitted)<br>bpatel@bannerwitcoff.com<br>Timothy J. Rechtien (IL. Bar No. 6293623)<br>(*pro hac vice* Admitted)<br>trechtien@bannerwitcoff.com<br>Ten South Wacker Drive, Suite 3000<br>Chicago, Illinois 60606-7407<br>Telephone: (312) 463-5000<br>Facsimile:  (312) 463-5001<br><br>***Attorneys for Plaintiffs ESCO Corporation and ESCO Canada, Ltd.*** | TOUTON LAW, LLC.<br>Todd M. Touton (Nevada Bar No. 1744)<br>9909 Cozy Glen<br>Las Vegas, Nevada 89117<br>Telephone: 702-286-8353<br>toddtouton@gmail.com<br><br>BAKER & HOSTETLER LLP<br>Robert G. Abrams (pro hac vice)<br>Gregory J. Commins, Jr. (pro hac vice)<br>1050 Connecticut Ave., N.W., Suite 1100<br>Washington, DC 20036<br>rabrams@bakerlaw.com<br>gcommins@bakerlaw.com<br>(202) 861-1500<br><br>***Attorneys for Caterpillar Inc., Caterpillar Global Mining LLC, and Cashman Equipment Company***<br><br>GORDON SILVER<br>John L. Krieger (Nevada Bar No. 6023)<br>Joel Z. Schwarz (Nevada Bar No. 9181)<br>3960 Howard Hughes Parkway, 9th Fl.<br>Las Vegas, NV 89169-0961<br>jkrieger@gordonsilver.com<br>jzs@gordonsilver.com<br>(702) 796-5555<br><br>***Attorneys for Raptor Mining Products (USA) Inc. and Raptor Mining Products Inc.*** |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ESCO CORPORATION and ESCO CANADA, LTD.<br><br>　　　　Plaintiffs/Counterclaim Defendants,<br><br>　　　　　　　v.<br><br>CASHMAN EQUIPMENT COMPANY, CATERPILLAR GLOBAL MINING LLC, CATERPILLAR INC., RAPTOR MINING PRODUCTS (USA) INC., and RAPTOR MINING PRODUCTS INC.<br><br>　　　　Defendants/Counterclaim Plaintiffs. | Case No.:  2:12-cv-01545-RCJ-NJK<br><br>**JOINT SCHEDULE AND PROPOSED ORDER FOR CLAIM CONSTRUCTION BRIEFING** |

Pursuant to the Court's December 30, 2014 Order consolidating 2:14-cv-529-RCJ-PAL and 2:12-cv-01545-RCJ-NJK, L.R. 16.1-15, the December 17, 2014 and January 14, 2015 telephonic conference calls with the Court, and the Court's January 14, 2015 Order setting the Claim Construction Hearing for May 5-6, 2015, Plaintiffs, ESCO Corporation and ESCO Canada, Ltd. (collectively, "ESCO Parties") and Defendants Cashman Equipment Company, Caterpillar Global Mining LLC ("CGM"), Caterpillar Inc. ("Caterpillar"), (collectively, "Caterpillar Defendants"), Raptor Mining Products (USA) Inc., and Raptor Mining Products Inc. (together with Caterpillar Defendants collectively, "Defendants") hereby submit the following Joint Schedule and Proposed Order for Claim Construction Briefing.

After consolidation of the two litigations, there are eight patents-in-suit including one ESCO Canada patent, five ESCO patents, one Caterpillar patent, and one CGM patent. The patents-in-suit generally relate to the field of mining. Per the Court's directive to reduce the number of claims and terms, there are now thirty-nine total asserted claims across the eight patents-in-suit. As a result of this reduction in asserted claims, the parties are continuing to reduce the number of terms requiring the Court's construction. The final list will be reflected in the upcoming Amended Joint Claim Construction Statement (L.R. 16.1-15), which the parties anticipate filing with the Court within the next few days. However, given the timing of the upcoming claim construction hearing, the parties felt it prudent to provide the Court with their proposed briefing schedule in advance of that filing. Specifically, the parties propose the following briefing schedule:

| EVENT | DEADLINE |
|---|---|
| The parties shall serve and file their respective opening claim construction briefs and supporting evidence (90-page limit) | March 27, 2015 |
| The parties shall file their respective responsive brief and supporting evidence (75-page limit) | April 24, 2015 |

| EVENT | DEADLINE |
|---|---|
| The parties shall file and serve any tutorials they wish to present during the claim construction hearing[1] | April 29, 2015 |
| Claim construction hearing | May 5-6, 2015 |

DATED:  March 9, 2015

                                      Respectfully Submitted,

| | |
|---|---|
| /s/  Binal J. Patel<br>WATSON ROUNDS<br>Michael D. Rounds, Esq. (NV Bar No. 4734)<br>mrounds@watsonrounds.com<br>Adam P. McMillen, Esq. (NV Bar No. 10678)<br>amcmillen@watsonrounds.com<br>Adam Yowell, Esq. (NV Bar No. 11748)<br>ayowell@watsonrounds.com<br>5371 Kietzke Lane<br>Reno, Nevada 89511<br>Telephone: (775) 324-4100<br>Facsimile: (775) 333-8171<br><br>BANNER & WITCOFF, LTD.<br>Charles W. Shifley (IL. Bar No. 2587564)<br>(*pro hac vice* Admitted)<br>cshifley@bannerwitcoff.com<br>Binal J. Patel (IL. Bar No. 6237843)<br>(*pro hac vice* Admitted)<br>bpatel@bannerwitcoff.com<br>Timothy J. Rechtien (IL. Bar No. 6293623)<br>(*pro hac vice* Admitted)<br>trechtien@bannerwitcoff.com<br>Ten South Wacker Drive, Suite 3000<br>Chicago, Illinois 60606-7407<br>Telephone: (312) 463-5000<br>Facsimile:  (312) 463-5001<br><br>***Attorneys for Plaintiffs ESCO Corporation and ESCO Canada, Ltd.*** | /s/  Gregory J. Commins, Jr.<br>TOUTON LAW, LLC.<br>Todd M. Touton (Nevada Bar No. 1744)<br>9909 Cozy Glen<br>Las Vegas, Nevada 89117<br>Telephone: 702-286-8353<br>toddtouton@gmail.com<br><br>BAKER & HOSTETLER LLP<br>Robert G. Abrams (pro hac vice)<br>Gregory J. Commins, Jr. (pro hac vice)<br>1050 Connecticut Ave., N.W., Suite 1100<br>Washington, DC 20036<br>rabrams@bakerlaw.com<br>gcommins@bakerlaw.com<br>(202) 861-1500<br><br>***Attorneys for Caterpillar Inc., Caterpillar Global Mining LLC, and Cashman Equipment Company***<br><br>/s/  Joel Z. Schwarz<br>GORDON SILVER<br>John L. Krieger (Nevada Bar No. 6023)<br>Joel Z. Schwarz (Nevada Bar No. 9181)<br>3960 Howard Hughes Parkway, 9th Fl.<br>Las Vegas, NV 89169-0961<br>jkrieger@gordonsilver.com<br>jzs@gordonsilver.com<br>(702) 796-5555<br><br>***Attorneys for Raptor Mining Products (USA) Inc. and Raptor Mining Products Inc.*** |

---

[1] The time allocated for the tutorial will be deducted from the presenting party's claim construction hearing time.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2015 a true and correct copy of JOINT SCHEDULE AND PROPOSED ORDER FOR CLAIM CONSTRUCTION BRIEFING was served via ECF on all counsel of record.

/s/ Shawnna M. Yashar

*Counsel for Caterpillar Inc., Caterpillar Global Mining LLC, and Cashman Equipment Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ESCO CORPORATION and ESCO CANADA, LTD.

    Plaintiffs/Counterclaim Defendants,

v.

CASHMAN EQUIPMENT COMPANY, CATERPILLAR GLOBAL MINING LLC, CATERPILLAR INC., RAPTOR MINING PRODUCTS (USA) INC., and RAPTOR MINING PRODUCTS INC.

    Defendants/Counterclaim Plaintiffs.

Case No.: 2:12-cv-01545-RCJ-NJK

**[PROPOSED] ORDER FOR CLAIM CONSTRUCTION BRIEFING**

The Court hereby orders that the parties submit briefs in support of the terms they wish to have the Court construe according to the following schedule:

| EVENT | DEADLINE |
| --- | --- |
| The parties shall serve and file their respective opening claim construction briefs and supporting evidence (90-page limit) | March 27, 2015 |
| The parties shall file their respective responsive brief and supporting evidence (75-page limit) | April 24, 2015 |
| The parties shall file and serve any tutorials they wish to present during the claim construction hearing[1] | April 29, 2015 |
| Claim construction hearing | May 5-6, 2015 |

The parties are also instructed to file an Amended Joint Claim Construction Statement pursuant to L.R. 16.1-15 no later than March 13, 2015.

DATED: March 11, 2015    IT IS SO ORDERED.

                                                    United States Magistrate Judge

---

[1] The time allocated for the tutorial will be deducted from the presenting party's claim construction hearing time.