| | |
|---|---|
| WATSON ROUNDS<br>Michael D. Rounds, Esq. (NV Bar No. 4734)<br>mrounds@watsonrounds.com<br>Adam P. McMillen, Esq. (NV Bar No. 10678)<br>amcmillen@watsonrounds.com<br>Adam Yowell, Esq. (NV Bar No. 11748)<br>ayowell@watsonrounds.com<br>5371 Kietzke Lane<br>Reno, Nevada 89511<br>Telephone: (775) 324-4100<br>Facsimile: (775) 333-8171<br><br>BANNER & WITCOFF, LTD.<br>Charles W. Shifley (IL. Bar No. 2587564)<br>(*pro hac vice* Admitted)<br>Binal J. Patel (IL. Bar No. 6237843)<br>(*pro hac vice* Admitted)<br>Timothy J. Rechtien (IL. Bar No. 6293623)<br>(*pro hac vice* Admitted)<br>Eric J. Hamp (IL. Bar No. 6306101)<br>(*pro hac vice* Admitted)<br>Ten South Wacker Drive, Suite 3000<br>Chicago, Illinois 60606-7407<br>Tel: (312) 463-5000<br>Fax:  (312) 463-5001<br><br>***Attorneys for Plaintiffs ESCO Corporation and ESCO Canada, Ltd.*** | GORDON SILVER<br>John L. Krieger (Nevada Bar No. 6023)<br>Joel Z. Schwarz (Nevada Bar No. 9181)<br>3960 Howard Hughes Parkway, 9th Fl.<br>Las Vegas, NV 89169-0961<br>jkrieger@gordonsilver.com<br>jzs@gordonsilver.com<br>(702) 796-5555<br><br>***Attorneys for Defendants Raptor Mining Products, (USA), Inc. and Raptor Mining Products, Inc.***<br><br>TOUTON LAW, LLC.<br>Todd M. Touton (Nevada Bar No. 1744)<br>9909 Cozy Glen<br>Las Vegas, Nevada 89117<br>Telephone: 702-286-8353<br>toddtouton@gmail.com<br><br>BAKER & HOSTETLER LLP<br>Robert G. Abrams (*pro hac vice*)<br>Gregory J. Commins, Jr. (*pro hac vice*)<br>1050 Connecticut Ave., N.W., Suite 1100<br>Washington, DC 20036<br>(202) 861-1500<br>rabrams@bakerlaw.com<br>gcommins@bakerlaw.com<br><br>***Attorneys for Defendants Caterpillar Inc., Caterpillar Global Mining LLC, and Cashman Equipment Company*** |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ESCO CORPORATION and ESCO CANADA, LTD.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CASHMAN EQUIPMENT COMPANY, CATERPILLAR GLOBAL MINING LLC, CATERPILLAR, INC., RAPTOR MINING PRODUCTS (USA), INC. and RAPTOR MINING PRODUCTS, INC.<br><br>                    Defendants. | Lead Case No.:  2:12-cv-01545-RCJ-CWH<br><br>Consolidated Cases: (2:12-cv-01545-RCJ-CWH, 2:14-cv-529-RCJ-PAL)<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS ESCO CORPORATION AND ESCO CANADA, LTD. TO RESPOND TO DEFENDANTS' ANSWERS AND COUNTERCLAIMS TO AMENDED AND CONSOLIDATED COMPLAINT**<br><br>**(First Request)** |

1

Plaintiffs/Counter-defendants ESCO Corporation and ESCO Canada Ltd. (collectively "Plaintiffs") and Defendants/Counterclaimants Cashman Equipment Company, Caterpillar Global Mining LLC, Caterpillar Inc. (together, the "Caterpillar Parties"), Raptor Mining Products, (USA), Inc. and Raptor Mining Products, Inc. (together, the "Raptor Parties" and collectively with the Caterpillar Parties, the "Defendants"), through their undersigned counsel of record, and pursuant to L.R. 6-1 and 7-1, hereby agree and stipulate to the Court's entry of an *Order* providing that Plaintiffs shall have a one month extension of time to file their responses to Defendants' Answers and Counterclaims to Plaintiffs' Amended and Consolidated Complaint. (Dkt. Nos. 136 and 137). After consolidation of Case Nos. 2:12-cv-01545-RCJ-CWH and 2:14-cv-529-RCJ-PAL, Plaintiffs filed a consolidated Complaint on March 2, 2015, (Dkt. No. 130), pursuant to the Court's Order on February 9, 2015. (Dkt. No. 129). Defendants' respective Answers and Counterclaims were filed on March 19, 2015, and Plaintiffs' responses are currently due on April 13, 2015. Defendants have now agreed to allow Plaintiffs one month of additional time to respond, making the responses due on May 13, 2015. The parties have not previously requested extensions regarding the amended and consolidated pleadings.

There is good cause for this stipulation, including that claim construction activities are ongoing through May 6, 2015, and certain of the Defendants have now asserted, for the first time, antitrust claims, for which ESCO is retaining antitrust counsel. Moreover, this extension is not requested for any improper purpose or delay. Finally, the extension is consistent with previous extensions of time to respond to pleadings. (*See, e.g.*, Dkt. Nos. 21 and 22).

//
//
//
//

1   Dated this 7th day of April, 2015.

2

3   GORDON SILVER                                    BANNER & WITCOFF, LTD.

4    /s/ John Krieger                                 /s/ Eric J. Hamp
    John Krieger (Nevada Bar No. 6023)               BANNER & WITCOFF, LTD.
5   Joel Z. Schwarz (Nevada Bar No. 9181)            Charles W. Shifley (Admitted *Pro Hac Vice*)
    3960 Howard Hughes Parkway, 9th Fl.              Binal J. Patel (Admitted *Pro Hac Vice*)
6   Las Vegas, NV 89169-0961                         Timothy J. Rechtien (Admitted *Pro Hac Vice*)
7   (702) 796-5555                                   Eric J. Hamp (Admitted *Pro Hac Vice*)
                                                     Ten South Wacker Drive, Suite 3000
8   ***Attorneys for Raptor Mining Products,***      Chicago, Illinois  60606
    ***(USA), Inc. and Raptor Mining Products,***    (312) 463-5000
9   ***Inc.***                                       (312) 463-5001 fax

10

11  BAKER & HOSTETLER LLP                            WATSON ROUNDS
                                                     Michael D. Rounds (NV Bar No. 4734)
12   /s/ Robert G. Abrams                            Adam P. McMillen (NV Bar No. 10678)
    Robert G. Abrams (Admitted *Pro Hac Vice*)       Adam Yowell (NV Bar No. 11748)
13  Gregory J. Commins, Jr. (Admitted *Pro Hac*      5371 Kietzke Lane
    *Vice*)                                          Reno, Nevada 89511
14  1050 Connecticut Ave., N.W., Suite 1100          (775) 324-4100
    Washington, DC  20036                            (775) 333-8171 fax
15  (202) 862-1600
16                                                   ***Attorneys for Plaintiffs ESCO Corporation***
    TOUTON LAW, LLC                                  ***and ESCO Canada, Ltd.***
17  Todd M. Touton (Nevada Bar No. 1744)
    ttouton@gmail.com
18  9909 Cozy Glen
    Las Vegas, Nevada  89117
19  Telephone: 702-286-8353

20  ***Attorneys for Defendants Caterpillar Inc.,***
    ***Caterpillar Global Mining LLC, and***
21  ***Cashman Equipment Company***

22

23                                                   **IT IS SO ORDERED:**

24

25                                                   _____
                                                     UNITED STATES DISTRICT JUDGE
26
                                                     DATED: ___ April 8, 2015          _____
27

28

3

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 7, 2015 a true and correct copy of the foregoing **JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS ESCO CORPORATION AND ESCO CANADA, LTD. TO RESPOND TO DEFENDANTS' ANSWERS AND COUNTERCLAIMS TO AMENDED AND CONSOLIDATED COMPLAINT** will be served upon all counsel of record who are registered participants via electronic mail through the United States District Court's CM/ECF system.

DATED:  April 7, 2015                                              /s/ Eric J. Hamp