| | |
|---|---|
| WATSON ROUNDS<br>Michael D. Rounds, Esq. (NV Bar No. 4734)<br>mrounds@watsonrounds.com<br>Adam P. McMillen, Esq. (NV Bar No. 10678)<br>amcmillen@watsonrounds.com<br>Adam Yowell, Esq. (NV Bar No. 11748)<br>ayowell@watsonrounds.com<br>5371 Kietzke Lane<br>Reno, Nevada 89511<br>Telephone: (775) 324-4100<br>Facsimile: (775) 333-8171<br><br>BANNER & WITCOFF, LTD.<br>Charles W. Shifley (*pro hac vice*)<br>Binal J. Patel (*pro hac vice*)<br>Timothy J. Rechtien (*pro hac vice*)<br>Eric J. Hamp (*pro hac vice*)<br>Ten South Wacker Drive, Suite 3000<br>Chicago, Illinois 60606-7407<br>Tel: (312) 463-5000<br>Fax: (312) 463-5001<br><br>STOEL RIVES LLP<br>Randolph C. Foster (*pro hac vice*)<br>randy.foster@stoel.com<br>900 SE Fifth Ave, Suite 2600<br>Portland, OR 97204<br>Telephone: (503) 224-3380<br><br>***Attorneys for Plaintiffs ESCO Corporation and ESCO Canada, Ltd.*** | GORDON SILVER<br>John L. Krieger (Nevada Bar No. 6023)<br>Joel Z. Schwarz (Nevada Bar No. 9181)<br>3960 Howard Hughes Parkway, 9th Fl.<br>Las Vegas, NV 89169-0961<br>jkrieger@gordonsilver.com<br>jzs@gordonsilver.com<br>(702) 796-5555<br><br>***Attorneys for Defendants Raptor Mining Products, (USA), Inc. and Raptor Mining Products, Inc.***<br><br>TOUTON LAW, LLC.<br>Todd M. Touton (Nevada Bar No. 1744)<br>9909 Cozy Glen<br>Las Vegas, Nevada 89117<br>Telephone: 702-286-8353<br>toddtouton@gmail.com<br><br>BAKER & HOSTETLER LLP<br>Robert G. Abrams (*pro hac vice*)<br>Gregory J. Commins, Jr. (*pro hac vice*)<br>1050 Connecticut Ave., N.W., Suite 1100<br>Washington, DC 20036<br>(202) 861-1500<br>rabrams@bakerlaw.com<br>gcommins@bakerlaw.com<br><br>***Attorneys for Defendants Caterpillar Inc., Caterpillar Global Mining LLC, and Cashman Equipment Company*** |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ESCO CORPORATION and ESCO CANADA, LTD.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CASHMAN EQUIPMENT COMPANY, CATERPILLAR GLOBAL MINING LLC, CATERPILLAR, INC., RAPTOR MINING PRODUCTS (USA), INC. and RAPTOR MINING PRODUCTS, INC.<br><br>        Defendants. | Lead Case No.: 2:12-cv-01545-RCJ-CWH<br><br>Consolidated Cases: (2:12-cv-01545-RCJ-CWH, 2:14-cv-529-RCJ-PAL)<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION TO DISMISS, SEVER, AND STAY**<br><br>**(First Request)** |

Defendants/Counterclaimants Cashman Equipment Company, Caterpillar Global Mining LLC, Caterpillar Inc. (together, the "Caterpillar Parties"), Defendant/Counterclaimant Raptor Mining Products, Inc. ("Raptor"), Defendant Raptor Mining Products, (USA), Inc. (together with Raptor, the "Raptor Parties" and collectively with the Caterpillar Parties, the "Defendants") and Plaintiffs/Counter-defendants ESCO Corporation and ESCO Canada Ltd. (collectively "Plaintiffs"), through their undersigned counsel of record, and pursuant to L.R. 6-1 and 7-1, hereby agree and stipulate to the Court's entry of an *Order* providing that Defendants shall have a one week extension of time to file their responses to ESCO's Motion to: (1) Dismiss Defendants' Counterclaims and Strike Defendants' Affirmative Defenses Relating to Inequitable Conduct; and (2) Sever and Stay the Remaining Counterclaims and Affirmative Defenses Relating to Antitrust and Misuse. (Dkt. Nos. 160 and 164-166), originally filed on May 13, 2015 and re-filed on May 14, 2015. Defendants' responses are currently due on June 1, 2015. Plaintiffs have now agreed to allow Defendants one week of additional time to respond, making the responses due on June 8, 2015. The parties have not previously requested extensions regarding the pending motion.

There is good cause for this stipulation, including the Memorial Day holiday, the availability of Defendants' counsel and the length of ESCO's motion. Moreover, this extension is not requested for any improper purpose or delay.

//
//
//
//
//
//
//

Dated this 22nd day of May, 2015.

| | |
|---|---|
| GORDON SILVER<br><br>/s/ John Krieger<br>John Krieger (Nevada Bar No. 6023)<br>Joel Z. Schwarz (Nevada Bar No. 9181)<br>3960 Howard Hughes Parkway, 9th Fl.<br>Las Vegas, NV 89169-0961<br>(702) 796-5555<br><br>***Attorneys for Raptor Mining Products, (USA), Inc. and Raptor Mining Products, Inc.*** | BANNER & WITCOFF, LTD.<br><br>/s/ Binal J. Patel<br>BANNER & WITCOFF, LTD.<br>Charles W. Shifley (Admitted *Pro Hac Vice*)<br>Binal J. Patel (Admitted *Pro Hac Vice*)<br>Timothy J. Rechtien (Admitted *Pro Hac Vice*)<br>Eric J. Hamp (Admitted *Pro Hac Vice*)<br>Ten South Wacker Drive, Suite 3000<br>Chicago, Illinois  60606<br>(312) 463-5000<br>(312) 463-5001 fax |
| BAKER & HOSTETLER LLP<br><br>/s/ Gregory J. Commins, Jr.<br>Robert G. Abrams (Admitted *Pro Hac Vice*)<br>Gregory J. Commins, Jr. (Admitted *Pro Hac Vice*)<br>1050 Connecticut Ave., N.W., Suite 1100<br>Washington, DC  20036<br>(202) 862-1600<br><br>TOUTON LAW, LLC<br>Todd M. Touton (Nevada Bar No. 1744)<br>ttouton@gmail.com<br>9909 Cozy Glen<br>Las Vegas, Nevada  89117<br>Telephone: 702-286-8353<br><br>***Attorneys for Defendants Caterpillar Inc., Caterpillar Global Mining LLC, and Cashman Equipment Company*** | WATSON ROUNDS<br>Michael D. Rounds (NV Bar No. 4734)<br>Adam P. McMillen, Esq. (NV Bar No. 10678)<br>Adam Yowell (NV Bar No. 11748)<br>5371 Kietzke Lane<br>Reno, Nevada 89511<br>(775) 324-4100<br>(775) 333-8171 fax<br><br>STOEL RIVES LLP<br>Randolph C. Foster (Admitted *pro hac vice*)<br>randy.foster@stoel.com<br>900 SE Fifth Ave, Suite 2600<br>Portland, OR 97204<br>Telephone: (503) 224-3380<br><br>***Attorneys for Plaintiffs ESCO Corporation and ESCO Canada, Ltd.*** |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 26, 2015

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 22, 2015 a true and correct copy of the foregoing **JOINT STIPULATION AND ORDER FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION TO DISMISS, SEVER, AND STAY** will be served upon all counsel of record who are registered participants via electronic mail through the United States District Court's CM/ECF system.

DATED: May 22, 2015                                    /s/ Gregory J. Commins, Jr.