| | |
|---|---|
| WATSON ROUNDS<br>Michael D. Rounds, Esq. (NV Bar No. 4734)<br>mrounds@watsonrounds.com<br>Adam P. McMillen, Esq. (NV Bar No. 10678)<br>amcmillen@watsonrounds.com<br>Adam Yowell, Esq. (NV Bar No. 11748)<br>ayowell@watsonrounds.com<br>5371 Kietzke Lane<br>Reno, Nevada 89511<br>Telephone: (775) 324-4100<br>Facsimile: (775) 333-8171<br><br>BANNER & WITCOFF, LTD.<br>Charles W. Shifley (*pro hac vice*)<br>Binal J. Patel (*pro hac vice*)<br>Timothy J. Rechtien (*pro hac vice*)<br>Eric J. Hamp (*pro hac vice*)<br>Ten South Wacker Drive, Suite 3000<br>Chicago, Illinois 60606-7407<br>Tel: (312) 463-5000<br>Fax: (312) 463-5001<br><br>STOEL RIVES LLP<br>Randolph C. Foster (*pro hac vice*)<br>randy.foster@stoel.com<br>900 SE Fifth Ave, Suite 2600<br>Portland, OR 97204<br>Telephone: (503) 224-3380<br><br>***Attorneys for Plaintiffs ESCO Corporation and ESCO Canada, Ltd.*** | GORDON SILVER<br>John L. Krieger (Nevada Bar No. 6023)<br>Joel Z. Schwarz (Nevada Bar No. 9181)<br>3960 Howard Hughes Parkway, 9th Fl.<br>Las Vegas, NV 89169-0961<br>jkrieger@gordonsilver.com<br>jzs@gordonsilver.com<br>(702) 796-5555<br><br>***Attorneys for Defendants Raptor Mining Products, (USA), Inc. and Raptor Mining Products, Inc.***<br><br>TOUTON LAW, LLC.<br>Todd M. Touton (Nevada Bar No. 1744)<br>9909 Cozy Glen<br>Las Vegas, Nevada 89117<br>Telephone: 702-286-8353<br>toddtouton@gmail.com<br><br>BAKER & HOSTETLER LLP<br>Robert G. Abrams (*pro hac vice*)<br>Gregory J. Commins, Jr. (*pro hac vice*)<br>1050 Connecticut Ave., N.W., Suite 1100<br>Washington, DC 20036<br>(202) 861-1500<br>rabrams@bakerlaw.com<br>gcommins@bakerlaw.com<br><br>***Attorneys for Defendants Caterpillar Inc., Caterpillar Global Mining LLC, and Cashman Equipment Company*** |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ESCO CORPORATION and ESCO CANADA, LTD.,<br><br>      Plaintiffs,<br><br> v.<br><br>CASHMAN EQUIPMENT COMPANY, CATERPILLAR GLOBAL MINING LLC, CATERPILLAR, INC., RAPTOR MINING PRODUCTS (USA), INC. and RAPTOR MINING PRODUCTS, INC.<br><br>      Defendants. | Lead Case No.: 2:12-cv-01545-RCJ-CWH<br><br>Consolidated Cases: (2:12-cv-01545-RCJ-CWH, 2:14-cv-529-RCJ-PAL)<br><br>**JOINT STIPULATION AND ORDER HOLDING PRE-TRIAL DEADLINES IN ABEYANCE PENDING RESOLUTION OF MOTIONS**<br><br>**(First Request)** |

1

Plaintiffs ESCO Corporation and ESCO Canada Ltd. (collectively "Plaintiffs") and Defendants Cashman Equipment Company, Caterpillar Global Mining LLC, Caterpillar, Inc., Raptor Mining Products, (USA), Inc. and Raptor Mining Products, Inc. (collectively "Defendants," and together with Plaintiffs, the "Parties"), through their undersigned counsel of record, and pursuant to L.R. 6-1 and 7-1, hereby agree and stipulate to the Court's entry of an *Order* providing that all upcoming deadlines in this case, with the exception of the Post-Claim Construction Settlement Conference (as the Parties have already proposed a new scheduled time for the Conference [ECF 169]), are held in abeyance pending the Court's resolution of Plaintiffs' filed Motions to Dismiss, Strike, Sever and Stay [ECF Nos. 160, 164-66] and Plaintiffs' upcoming Motion for Limited Reconsideration of the Court's Claim Construction Order [ECF No. 158].

This case is a consolidation of two separate cases: (1) Case No. 2:12-cv-01545-RCJ-CWH ("the '1545 Case"); and (2) Case No. 2:14-cv-529-RCJ-PAL ("the '529 case"). By virtue of the consolidation, there are potentially two controlling Scheduling Orders for this case. (*See* ECF 126-27 from the '1545 case and ECF 40 from the '529 case). As a term of this stipulation, the Parties agree to submit a single, consolidated proposed scheduling Order within 10 days of the Court's resolution of the pending and prospective motions noted above.

The number and scope of claims and defenses in this consolidated case is currently unsettled. As one example, the Plaintiffs' Motions to Dismiss, Strike, Sever and Stay [ECF Nos. 160, 164-66] seeks to eliminate significant issues, such as the Defendants' antitrust counterclaim, from the present patent infringement case by dismissal and/or stay. Moreover, Defendants believe the Court's claim construction order significantly narrows Plaintiffs' infringement claims, but understand that Plaintiffs anticipate filing a motion to seek limited reconsideration of the Court's Claim Construction Order [ECF No. 158]. Resolution of that anticipated motion will

2

allow the Parties to more fully evaluate certain patent infringement claims. This may result in one or more claims being voluntarily removed from the case or addressed via summary judgment.

Therefore, there is good cause for this stipulation. Continuing these deadlines would promote judicial economy by preventing the need for the Parties and the Court to expend time and effort on issues that may later be stayed or dismissed from the case. Submission of a single, consolidated Scheduling Order for this consolidated case that takes into account these circumstances will provide a more efficient timetable for resolving the remaining issues in the case. Moreover, this extension is not requested for any improper purpose or delay. Finally, the Parties have not previously requested extensions regarding the remaining pre-trial deadlines.

In sum, the Parties request the Court's entry of an *Order* providing that all upcoming deadlines in this case, with the exception of the Post-Claim Construction Settlement Conference, are held in abeyance pending the Court's resolution of Plaintiffs' filed Motions to Dismiss, Strike, Sever and Stay [ECF Nos. 160, 164-66] and Plaintiffs' upcoming Motion for Limited Reconsideration of the Court's Claim Construction Order [ECF No. 158],[1] and providing that the Parties submit a single, consolidated Proposed Scheduling Order within 10 days of the resolution of these motions.

Dated this 1st day of June, 2015.

---

[1] Defendants do not currently intend to move for reconsideration of the Court's claim construction order; however, they may cross-move if Plaintiffs do indeed file a motion for reconsideration. The Parties request that the period of abeyance include all motions for reconsideration of the Court's claim construction order.

3

| | |
|---|---|
| GORDON SILVER<br><br> /s/ Joel Z. Schwarz<br>John Krieger (Nevada Bar No. 6023)<br>Joel Z. Schwarz (Nevada Bar No. 9181)<br>3960 Howard Hughes Parkway, 9th Fl.<br>Las Vegas, NV 89169-0961<br>(702) 796-5555<br><br>***Attorneys for Raptor Mining Products, (USA), Inc. and Raptor Mining Products, Inc.***<br><br>BAKER & HOSTETLER LLP<br><br> /s/ Shawnna Yashar<br>Robert G. Abrams (Admitted *Pro Hac Vice*)<br>Gregory J. Commins, Jr. (Admitted *Pro Hac Vice*)<br>1050 Connecticut Ave., N.W., Suite 1100<br>Washington, DC  20036<br>(202) 862-1600<br><br>TOUTON LAW, LLC<br>Todd M. Touton (Nevada Bar No. 1744)<br>ttouton@gmail.com<br>9909 Cozy Glen<br>Las Vegas, Nevada  89117<br>Telephone: 702-286-8353<br><br>***Attorneys for Defendants Caterpillar Inc., Caterpillar Global Mining LLC, and Cashman Equipment Company*** | BANNER & WITCOFF, LTD.<br><br> /s/ Binal J. Patel<br>BANNER & WITCOFF, LTD.<br>Charles W. Shifley (Admitted *Pro Hac Vice*)<br>Binal J. Patel (Admitted *Pro Hac Vice*)<br>Timothy J. Rechtien (Admitted *Pro Hac Vice*)<br>Eric J. Hamp (Admitted *Pro Hac Vice*)<br>Ten South Wacker Drive, Suite 3000<br>Chicago, Illinois  60606<br>(312) 463-5000<br>(312) 463-5001 fax<br><br>WATSON ROUNDS<br>Michael D. Rounds (NV Bar No. 4734)<br>Adam P. McMillen, Esq. (NV Bar No. 10678)<br>Adam Yowell (NV Bar No. 11748)<br>5371 Kietzke Lane<br>Reno, Nevada 89511<br>(775) 324-4100<br>(775) 333-8171 fax<br><br>STOEL RIVES LLP<br>Randolph C. Foster (Admitted *pro hac vice*)<br>randy.foster@stoel.com<br>900 SE Fifth Ave, Suite 2600<br>Portland, OR 97204<br>Telephone: (503) 224-3380<br><br>***Attorneys for Plaintiffs ESCO Corporation and ESCO Canada, Ltd.*** |

## **ORDER**

IT IS SO ORDERED.

DATED: June 2, 2015

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 1, 2015 a true and correct copy of the foregoing **JOINT STIPULATION AND ORDER HOLDING PRE-TRIAL DEADLINES IN ABEYANCE PENDING RESOLUTION OF MOTIONS** will be served upon all counsel of record who are registered participants via electronic mail through the United States District Court's CM/ECF system.

DATED: June 1, 2015                          /s/      Jeff Tillison
                                             Employee of Watson Rounds, P.C.