WATSON ROUNDS
Michael D. Rounds, Esq. (NV Bar No. 4734)
mrounds@watsonrounds.com
Adam P. McMillen, Esq. (NV Bar No. 10678)
amcmillen@watsonrounds.com
Adam Yowell, Esq. (NV Bar No. 11748)
ayowell@watsonrounds.com
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171

BANNER & WITCOFF, LTD.
Charles W. Shifley (*pro hac vice*)
Binal J. Patel (*pro hac vice*)
Timothy J. Rechtien (*pro hac vice*)
Eric J. Hamp (*pro hac vice*)
Ten South Wacker Drive, Suite 3000
Chicago, Illinois 60606-7407
Tel: (312) 463-5000
Fax: (312) 463-5001

STOEL RIVES LLP
Randolph C. Foster (*pro hac vice*)
randy.foster@stoel.com
900 SE Fifth Ave, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380

*Attorneys for Plaintiffs ESCO Corporation
and ESCO Canada, Ltd.*

GORDON SILVER
John L. Krieger (Nevada Bar No. 6023)
Joel Z. Schwarz (Nevada Bar No. 9181)
3960 Howard Hughes Parkway, 9th Fl.
Las Vegas, NV 89169-0961
jkrieger@gordonsilver.com
jzs@gordonsilver.com
(702) 796-5555

*Attorneys for Defendants Raptor Mining
Products, (USA), Inc. and Raptor Mining
Products, Inc.*

TOUTON LAW, LLC.
Todd M. Touton (Nevada Bar No. 1744)
9909 Cozy Glen
Las Vegas, Nevada 89117
Telephone: 702-286-8353
toddtouton@gmail.com

BAKER & HOSTETLER LLP
Robert G. Abrams (*pro hac vice*)
Gregory J. Commins, Jr. (*pro hac vice*)
1050 Connecticut Ave., N.W., Suite 1100
Washington, DC 20036
(202) 861-1500
rabrams@bakerlaw.com
gcommins@bakerlaw.com

*Attorneys for Defendants Caterpillar Inc.,
Caterpillar Global Mining LLC, and
Cashman Equipment Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ESCO CORPORATION and ESCO CANADA, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CASHMAN EQUIPMENT COMPANY, CATERPILLAR GLOBAL MINING LLC, CATERPILLAR, INC., RAPTOR MINING PRODUCTS (USA), INC. and RAPTOR MINING PRODUCTS, INC. <br><br> Defendants. | Lead Case No.: 2:12-cv-01545-RCJ-CWH <br> Consolidated Cases: (2:12-cv-01545-RCJ-CWH, 2:14-cv-529-RCJ-PAL) <br><br> **JOINT STIPULATION AND ORDER: (1)   FOR EXTENSION OF TIME TO SUBMIT JOINT INTERIM STATUS REPORT; (2)   FOR MAGISTRATE JUDGE LEEN TO PRESIDE OVER THE POST-CLAIM CONSTRUCTION SETTLEMENT CONFERENCE; AND (3)   FOR EXTENSION OF TIME TO CONDUCT POST-CLAIM CONSTRUCTION SETTLEMENT CONFERENCE** <br> **(First Request)** |

Plaintiffs ESCO Corporation and ESCO Canada Ltd. (collectively "Plaintiffs") and Defendants Cashman Equipment Company, Caterpillar Global Mining LLC, Caterpillar, Inc., Raptor Mining Products, (USA), Inc. and Raptor Mining Products, Inc. (collectively "Defendants," and together with Plaintiffs, the "Parties"), through their undersigned counsel of record, and pursuant to L.R. 6-1 and 7-1, hereby agree and stipulate to the Court's entry of an *Order* providing: (1) the Parties shall have until June 1, 2015 to submit their L.R. 26-3 Joint Interim Status Report; (2) Magistrate Judge Peggy A. Leen, who has already presided over a settlement conference involving all the claims at issue pursuant to L.R. 16.1-19(a), shall preside over the Post-Claim Construction Settlement Conference pursuant to L.R. 16.1-19(b); and (3) the Parties shall be granted until July 13, 2015 to conduct a Post-Claim Construction Settlement Conference pursuant to L.R. 16.1-19(b).  Good cause exists for all three requests, and it will promote judicial economy for Judge Leen to preside over the Post-Claim Construction Settlement Conference given her familiarity with the claims and issues involved in this consolidated action.

**1.  Joint Status Report**

Regarding the Joint Status Report, Local Rule 26-3 requires that, not later than sixty (60) days before the discovery cut-off, the parties shall submit an interim status report stating "the time they estimate will be required for trial, giving three (3) alternative available trial dates, and stating whether, in the opinion of counsel who will try the case, trial will be eliminated or its length affected by substantive motions." The Parties previously agreed to submit a Report fourteen days after entry of a claim construction Order, [Case No. 2:14-cv-529-RCJ-PAL, ECF 40], making the report due on May 26, 2015.

Counsel for all Parties spoke to the Clerk of Court on May 26, 2015, and informed the Clerk that additional time was required to prepare the report. The Clerk indicated the submission

of the report on June 1, 2015 was acceptable, and the Parties now hereby move the Court for an extension of time to file to report until June 1, 2015, in accordance with these discussions with the Clerk of Court. There is also good cause for the stipulation for the extension.

For example, it has been difficult for the Parties to assess various issues because the number and scope of claims and defenses is unsettled due to, *inter alia*, Plaintiffs' Motions to Dismiss, Strike, Sever and Stay [ECF Nos. 160, 164-66], and Plaintiffs' intention to seek limited reconsideration of the Court's Claim Construction Order [ECF No. 158]. Moreover, this extension is not requested for any improper purpose or delay. Finally, the Parties have not previously requested an extension regarding the interim status report.

## 2.   **Presiding Judge for the Post-Claim Construction Settlement Conference**

Regarding the Post-Claim Construction Settlement Conference, the Parties request that Magistrate Judge Leen, who has already presided over a Pre-Claim Settlement Conference pursuant to L.R. 16.1-19(a), also preside over the Post-Claim Construction Settlement Conference pursuant to L.R. 16.1-19(b) given her familiarity with the claims and issues within the consolidated cases.

This case is a consolidation of two separate cases: (1) Case No. 2:12-cv-01545-RCJ-CWH ("the '1545 Case"); and (2) Case No. 2:14-cv-529-RCJ-PAL ("the '529 case"). The '1545 Case was previously assigned to Magistrate Judge Koppe. On November 3, 2014, Magistrate Judge Koppe recused herself from the case, [ECF 106], and the Court reassigned the case to Magistrate Judge Hoffman. [ECF 107]. The '529 Case was originally assigned to Magistrate Judge Leen. [Case No. 2:14-cv-529-RCJ-PAL, ECF 7]. On December 30, 2014, the Court ordered consolidation of the '529 Case into the '1545 case. [ECF 118]. Accordingly, Magistrate Judge Hoffman is the current Magistrate Judge assigned to the present, consolidated action.

However, on December 2, 2014, and prior to consolidation with the present lead case,

Magistrate Judge Leen presided over a Pre-Claim Settlement Conference in the '529 Case pursuant to L.R. 16.1-19(a). [Case No. 2:14-cv-529-RCJ-PAL, ECF 53]. Because the Parties had not yet conducted a Pre-Claim Settlement Conference in the '1545 Case, the Parties agreed to conduct the settlement conference as a global settlement conference in all pending actions and did discuss settlement regarding both the '529 and '1545 Cases with Magistrate Judge Leen. Given that Magistrate Judge Leen is already familiar with the claims and issues of the present consolidated actions, it would promote judicial economy for her to preside over the next settlement conference.  Good cause therefore exists for this request and stipulation.

### 3.  Timing of the Post-Claim Construction Settlement Conference

In addition, pursuant to L.R. 16.1-19(b), the Parties are to hold a Post-Claim Construction Settlement Conference within thirty (30) days after entry of the Court's Claim Construction Order [ECF No. 158], *i.e.* on or before June 11, 2015.  The Parties do not know Judge Leen's present availability for a settlement conference, but think it is most unlikely the Parties will be able to prepare briefs and Judge Leen will be able to schedule and conduct a settlement conference before June 11, 2015.  Moreover, representatives from Plaintiffs, the Caterpillar Defendants, and the Raptor Defendants need to travel from Oregon, Illinois, and Canada, respectively, while Plaintiffs' lead counsel and the Caterpillar Defendants' lead counsel need to travel from Illinois and Washington, DC, respectively, to attend the settlement conference.  To accommodate the schedules of Magistrate Leen, the Parties, and their counsel, the Parties agree that the deadline to conduct the Post-Claim Construction Settlement Conference should be extended from June 11, 2015 to **July 13, 2015**.  Good cause exists for this request and stipulation.

Dated this 29th day of May, 2015.

GORDON SILVER

/s/ Joel Z. Schwarz

John Krieger (Nevada Bar No. 6023)
Joel Z. Schwarz (Nevada Bar No. 9181)
3960 Howard Hughes Parkway, 9th Fl.
Las Vegas, NV 89169-0961
(702) 796-5555

*Attorneys for Raptor Mining Products, (USA),*
*Inc. and Raptor Mining Products, Inc.*

BAKER & HOSTETLER LLP

/s/ Paul E. Poirot

Robert G. Abrams (Admitted *Pro Hac Vice*)
Gregory J. Commins, Jr. (Admitted *Pro Hac Vice*)
1050 Connecticut Ave., N.W., Suite 1100
Washington, DC  20036
(202) 862-1600

TOUTON LAW, LLC
Todd M. Touton (Nevada Bar No. 1744)
ttouton@gmail.com
9909 Cozy Glen
Las Vegas, Nevada  89117
Telephone: 702-286-8353

*Attorneys for Defendants Caterpillar Inc.,*
*Caterpillar Global Mining LLC, and Cashman*
*Equipment Company*

BANNER & WITCOFF, LTD.

/s/ Binal J. Patel

BANNER & WITCOFF, LTD.
Charles W. Shifley (Admitted *Pro Hac Vice*)
Binal J. Patel (Admitted *Pro Hac Vice*)
Timothy J. Rechtien (Admitted *Pro Hac Vice*)
Eric J. Hamp (Admitted *Pro Hac Vice*)
Ten South Wacker Drive, Suite 3000
Chicago, Illinois  60606
(312) 463-5000
(312) 463-5001 fax

WATSON ROUNDS
Michael D. Rounds (NV Bar No. 4734)
Adam P. McMillen, Esq. (NV Bar No. 10678)
Adam Yowell (NV Bar No. 11748)
5371 Kietzke Lane
Reno, Nevada 89511
(775) 324-4100
(775) 333-8171 fax

STOEL RIVES LLP
Randolph C. Foster (Admitted *pro hac vice*)
randy.foster@stoel.com
900 SE Fifth Ave, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380

*Attorneys for Plaintiffs ESCO Corporation*
*and ESCO Canada, Ltd.*

## ORDER

IT IS SO ORDERED.  The parties shall file their interim status report no later than **July 13, 2015**.  The parties shall also contact Judge Peggy Leen's chambers to set a date and time for the settlement conference.

DATED: June 2, 2015

_____
United States Magistrate Judge

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 29, 2015 a true and correct copy of the foregoing **JOINT STIPULATION AND ORDER: (1) FOR EXTENSION OF TIME TO SUBMIT JOINT INTERIM STATUS REPORT; (2) FOR MAGISTRATE JUDGE LEEN TO PRESIDE OVER THE POST-CLAIM CONSTRUCTION SETTLEMENT CONFERENCE; AND (3) FOR EXTENSION OF TIME TO CONDUCT POST-CLAIM CONSTRUCTION SETTLEMENT CONFERENCE** will be served upon all counsel of record who are registered participants via electronic mail through the United States District Court's CM/ECF system.

DATED:  May 29, 2015

/s/  Jeff Tillison
Employee of Watson Rounds, P.C.