**WATSON ROUNDS**
Michael D. Rounds, Esq. (NV Bar No. 4734)
Email: mrounds@watsonrounds.com
Adam P. McMillen, Esq. (NV Bar No. 10678)
Email: amcmillen@watsonrounds.com
Adam Yowell, Esq. (NV Bar No. 11748)
Email: ayowell@watsonrounds.com
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171

**BANNER & WITCOFF, LTD.**
Charles W. Shifley (IL Bar No. 2587564)
(Admitted *pro hac vice*)
Email: cshifley@bannerwitcoff.com
Binal J. Patel (IL Bar No. 6237843)
(Admitted *pro hac vice*)
Email: bpatel@bannerwitcoff.com
Timothy J. Rechtien (IL Bar No. 6293623)
(Admitted *pro hac vice*)
Email: trechtien@bannerwitcoff.com
Eric J. Hamp (IL Bar No. 6306101)
(Admitted *pro hac vice*)
Email: ehamp@bannerwitcoff.com
Ten South Wacker Drive, Suite 3000
Chicago, Illinois 60606-7407
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

***Attorneys for Plaintiffs ESCO Corporation and ESCO Canada, Ltd.***

**TOUTON LAW, LLC.**
Todd M. Touton (NV Bar No. 1744)
Email: toddtouton@gmail.com
9909 Cozy Glen
Las Vegas, Nevada 89117
Telephone: 702-286-8353

**BAKER & HOSTETLER LLP**
Robert G. Abrams
(Admitted *pro hac vice*)
Email: rabrams@bakerlaw.com
Gregory J. Commins, Jr.
(Admitted *pro hac vice*)
Email: gcommins@bakerlaw.com
1050 Connecticut Ave., N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 861-1500
Facsimile: (202) 861-1783

***Attorneys for Caterpillar Inc., Caterpillar Global Mining LLC, and Cashman Equipment Company***

**GORDON SILVER**
John L. Krieger (NV Bar No. 6023)
Email: jkrieger@gordonsilver.com
Joel Z. Schwarz (NV Bar No. 9181)
Email: jschwarz@gordonsilver.com
3960 Howard Hughes Parkway, 9th Fl.
Las Vegas, Nevada 89169-0961
Telephone: (702) 796-5555
Facsimile: (702) 369-2666

***Attorneys for Raptor Mining Products (USA) Inc. and Raptor Mining Products Inc.***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ESCO CORPORATION and ESCO CANADA, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>CASHMAN EQUIPMENT COMPANY, CATERPILLAR GLOBAL MINING LLC, | Case No.: 2:12-cv-01545-RCJ-NJK<br><br>**STIPULATION AND [PROPOSED ORDER] FOR EXTENSION TO RESPOND TO PLAINTIFFS' MOTIONS:**<br><br>1) **TO DISMISS DEFENDANTS' COUNTERCLAIMS [DKT 160];** |

104690-001/2681663

1

|   |   |
|---|---|
| CATERPILLAR INC., RAPTOR MINING PRODUCTS (USA) INC., and RAPTOR MINING PRODUCTS INC.<br>                                Defendants. | 2) **TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES RELATING TO INEQUITABLE CONDUCT [DKT 164];**<br>3) **TO SEVER AND STAY THE REMAINING COUNTERCLAIMS AND AFFIRMATIVE DEFENSES [DKT 165]; AND**<br>4) **TO STAY REMAINING COUNTERCLAIMS AND AFFIRMATIVE DEFENSES RELATING TO ANTITRUST AND MISUSE [DKT 166]**<br><br>**(Second Request)** |

Plaintiffs/Counter-defendants ESCO Corporation and ESCO Canada Ltd. (collectively, "Plaintiffs") and Defendants/Counterclaimants Cashman Equipment Co., Caterpillar Global Mining LLC, Caterpillar Inc. (together, the "Caterpillar Parties"), and Defendant/Counter-claimant Raptor Mining Products, Inc. and Defendant Raptor Mining Products (USA) Inc. and (together, the "Raptor Parties," and collectively with the Caterpillar Parties, the "Defendants"), by and through their respective legal counsel, HEREBY STIPULATE AND AGREE to allow Defendants two additional weeks to respond to Plaintiffs' Motion to: (1) Dismiss Defendants' Counterclaims and Strike Defendants' Affirmative Defenses Relating to Inequitable Conduct; and (2) Sever and Stay the Remaining Counterclaims and Affirmative Defenses Relating to Antitrust and Misuse (the "Motions") [Dkt. Nos. 160 and 164-166], making their oppositions due **June 22, 2015.**

In support of this Stipulation, the Raptor Parties state:

1. Pursuant to a Joint Stipulation and Order [Dkt. No. 168], the current deadline for Defendants to oppose the Motions, originally filed on May 13, 2015 and re-filed on May 14, 2015, is June 8, 2015.

2. John Krieger, Esq. and Joel. Z. Schwarz, Esq., counsel of record for the Raptor Parties, are joining the law firm of Dickinson Wright, PLLC effective June 8, 2015 and their current firm, Gordon Silver, is winding down operations and re-locating its document storage

2

and email servers from June 5, 2015 through June 8, 2015, during which time counsel will not have access to the file in this matter.

3. To accommodate the re-location of the Raptor Parties' counsel, Plaintiffs have agreed to allow Defendants two additional weeks to respond to the Motions.

4. The parties previously stipulated to a one-week extension of Defendants' opposition deadline.

5. There is good cause for this stipulation, as set forth above, and this extension is not requested for any improper purpose or delay.

DATED: June 4, 2015.

*/s/ Binal J. Patel*
**WATSON ROUNDS**
Michael D. Rounds, Esq. (NV Bar No. 4734)
Adam P. McMillen, Esq. (NV Bar No. 10678)
Adam Yowell, Esq. (NV Bar No. 11748)
5371 Kietzke Lane
Reno, Nevada 89511

**BANNER & WITCOFF, LTD.**
Charles W. Shifley (IL. Bar No. 2587564)
(*pro hac vice* Admitted)
Binal J. Patel (IL. Bar No. 6237843)
(*pro hac vice* Admitted)
Timothy J. Rechtien (IL. Bar No. 6293623)
(*pro hac vice* Admitted)
Ten South Wacker Drive, Suite 3000
Chicago, Illinois 60606-7407

***Attorneys for Plaintiffs ESCO Corporation and ESCO Canada, Ltd.***

*/s/ Gregory J. Commins*
**TOUTON LAW, LLC.**
Todd M. Touton (NV Bar No. 1744)
9909 Cozy Glen
Las Vegas, Nevada 89117

**BAKER & HOSTETLER LLP**
Robert G. Abrams (pro hac vice)
Gregory J. Commins, Jr. (pro hac vice)
1050 Connecticut Ave., N.W., Suite 1100
Washington, DC 20036

***Attorneys for Caterpillar Inc., Caterpillar Global Mining LLC, and Cashman Equipment Company***

*/s/ John L. Krieger*
**GORDON SILVER**
John L. Krieger (Nevada Bar No. 6023)
Joel Z. Schwarz (Nevada Bar No. 9181)
3960 Howard Hughes Parkway, 9th Fl.
Las Vegas, NV 89169-0961

***Attorneys for Raptor Mining Products (USA) Inc. and Raptor Mining Products Inc.***

IT IS SO ORDERED this 5th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

3

104690-001/2681663