**WATSON ROUNDS**
Michael D. Rounds, Esq. (NV Bar No. 4734)
Email:  mrounds@watsonrounds.com
Adam P. McMillen, Esq. (NV Bar No. 10678)
Email:  amcmillen@watsonrounds.com
Adam Yowell, Esq. (NV Bar No. 11748)
Email:  ayowell@watsonrounds.com
5371 Kietzke Lane
Reno, Nevada 89511
Telephone:  (775) 324-4100
Facsimile:  (775) 333-8171

**BANNER & WITCOFF, LTD.**
Charles W. Shifley (*pro hac vice*)
Email:  cshifley@bannerwitcoff.com
Binal J. Patel (*pro hac vice*)
Email:  bpatel@bannerwitcoff.com
Timothy J. Rechtien (*pro hac vice*)
Email:  trechtien@bannerwitcoff.com
Eric J. Hamp (*pro hac vice*)
Email:  ehamp@bannerwitcoff.com
Ten South Wacker Drive, Suite 3000
Chicago, Illinois 60606-7407
Telephone: (312) 463-5000
Facsimile:  (312) 463-5001

**STOEL RIVES LLP**
Randolph C. Foster   (*pro hac vice*)
Email: randy.foster@stoel.com
900 SW Fifth Avenue
Portland, Oregon  97204
Tel:  (503) 294-9453
Fax:  (503) 220-2480

*Attorneys for Plaintiffs/Counter-defendants ESCO  Corporation and ESCO Canada, Ltd.*

**TOUTON LAW, LLC.**
Todd M. Touton (NV Bar No. 1744)
Email:  toddtouton@gmail.com
9909 Cozy Glen
Las Vegas, Nevada 89117
Telephone: 702-286-8353

**BAKER & HOSTETLER LLP**
Robert G. Abrams (*pro hac vice*)
Email:  rabrams@bakerlaw.com
Gregory J. Commins, Jr.( *pro hac vice*)
Email:  gcommins@bakerlaw.com
Shawnna M. Yashar (*pro hac vice*)
Email:  syashar@bakerlaw.com
Michael E. Anderson (*pro hac vice*)
Email:  meanderson@bakerlaw.com
Paul E. Poirot (*pro hac vice*)
Email:  ppoirot@bakerlaw.com
1050 Connecticut Ave., N.W., Suite 1100
Washington, DC 20036
Telephone:  (202) 861-1500
Facsimile:  (202) 861-1783

*Attorneys for Caterpillar Inc., Caterpillar Global Mining LLC, and Cashman Equipment Company*

**DICKINSON WRIGHT PLLC**
John L. Krieger (NV Bar No. 6023)
Email:  jkrieger@gordonsilver.com
Joel Z. Schwarz (NV Bar No. 9181)
Email:  jschwarz@gordonsilver.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada  89113-2210
Tel:  (702) 382-4002
Fax:  (702) 382-1661

*Attorneys for Raptor Mining Products (USA) Inc. and Raptor Mining Products Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESCO CORPORATION and ESCO CANADA, LTD.<br><br>                   Plaintiffs,<br><br>v. | Case No.:  2:12-cv-01545-RCJ-NJK<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO PLAINTIFFS' MOTION FOR RECONSIDERATION [DKT 179]** |

1

| | |
|---|---|
| CASHMAN EQUIPMENT COMPANY, CATERPILLAR GLOBAL MINING LLC, CATERPILLAR INC., RAPTOR MINING PRODUCTS (USA) INC., and RAPTOR MINING PRODUCTS INC.<br>                        Defendants. | **(First Request)** |

      Plaintiffs/Counter-defendants ESCO Corporation and ESCO Canada Ltd. (collectively, "Plaintiffs") and Defendants/Counterclaimants Cashman Equipment Co., Caterpillar Global Mining LLC, Caterpillar Inc. (together, the "Caterpillar Parties"), and Defendant/Counter-claimant Raptor Mining Products, Inc. and Defendant Raptor Mining Products (USA) Inc. and (together, the "Raptor Parties," and collectively with the Caterpillar Parties, the "Defendants"), by and through their respective legal counsel, pursuant to Local Rules 6-1 and 7-1, hereby stipulate and agree to the Court's entry of an Order providing that Defendants shall have a twelve (12) day extension to file their responses to Plaintiffs' Motion for Reconsideration [Dkt 179], originally filed on June 9, 2015. Defendants' responses are currently due on June 26, 2015. Plaintiffs have now agreed to allow Defendants twelve (12) days of additional time to respond, making the responses due on July 8, 2015. The parties have not previously requested extensions regarding the pending motion.

…

…

…

…

…

…

…

…

…

…

There is good cause for this stipulation, including the availability of Defendants' counsel, the Fourth of July holiday, and the pending deadlines relating to Defendants' oppositions to Plaintiffs' Motion to: (1) Dismiss Defendants' Counterclaims and Strike Defendants' Affirmative Defenses Relating to Inequitable Conduct; and (2) Sever and Stay the Remaining Counterclaims and Affirmative Defenses Relating to Antitrust and Misuse [Dkt Nos. 160, 164-166]. This extension is not requested for any improper purpose or delay.

DATED: June 18, 2015.

/s/ Binal J. Patel
**WATSON ROUNDS**
Michael D. Rounds, Esq. (NV Bar No. 4734)
Adam P. McMillen, Esq. (NV Bar No. 10678)
Adam Yowell, Esq. (NV Bar No. 11748)
5371 Kietzke Lane
Reno, Nevada 89511

**BANNER & WITCOFF, LTD.**
Charles W. Shifley (*pro hac vice*)
Binal J. Patel (*pro hac vice*)
Timothy J. Rechtien (*pro hac vice*)
Ten South Wacker Drive, Suite 3000
Chicago, Illinois 60606-7407

**STOEL RIVES LLP**
Randolph C. Foster (*pro hac vice*)
Stoel Rives LLP
900 SW Fifth Avenue
Portland, OR 97204

*Attorneys for Plaintiffs ESCO Corporation and ESCO Canada, Ltd.*

/s/ Paul E. Poirot
**TOUTON LAW, LLC.**
Todd M. Touton (NV Bar No. 1744)
9909 Cozy Glen
Las Vegas, Nevada 89117

**BAKER & HOSTETLER LLP**
Robert G. Abrams, Esq. (*pro hac vice*)
Gregory J. Commins, Jr. (*pro hac vice*)
Shawnna M. Yashar (*pro hac vice*)
Michael E. Anderson (*pro hac vice*)
Paul E. Poirot (*pro hac vice*)
1050 Connecticut Ave., N.W., Suite 1100
Washington, DC 20036

*Attorneys for Caterpillar Inc., Caterpillar Global Mining LLC, and Cashman Equipment Company*

/s/ John L. Krieger
**DICKINSON WRIGHT PLLC**
John L. Krieger (NV Bar No. 6023)
Joel Z. Schwarz (NV Bar No. 9181)
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210

*Attorneys for Raptor Mining Products (USA) Inc. and Raptor Mining Products Inc.*

**IT IS SO ORDERED** this 23rd day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

3