WATSON ROUNDS
Michael D. Rounds, Esq. (NV Bar No. 4734)
mrounds@watsonrounds.com
Adam P. McMillen, Esq. (NV Bar No. 10678)
amcmillen@watsonrounds.com
Adam Yowell, Esq. (NV Bar No. 11748)
ayowell@watsonrounds.com
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171

BANNER & WITCOFF, LTD.
Charles W. Shifley (*pro hac vice*)
Binal J. Patel (*pro hac vice*)
Timothy J. Rechtien (*pro hac vice*)
Eric J. Hamp (*pro hac vice*)
Ten South Wacker Drive, Suite 3000
Chicago, Illinois 60606-7407
Tel: (312) 463-5000
Fax: (312) 463-5001

STOEL RIVES LLP
Randolph C. Foster (*pro hac vice*)
randy.foster@stoel.com
900 SE Fifth Ave, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380

***Attorneys for Plaintiffs ESCO Corporation
and ESCO Canada, Ltd.***

DICKINSON WRIGHT PLLC
John L. Krieger (NV Bar No. 6023)
jkrieger@gordonsilver.com
Joel Z. Schwarz (NV Bar No. 9181)
jschwarz@gordonsilver.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 382-4002
Fax: (702) 382-1661

***Attorneys for Defendants Raptor Mining
Products, (USA), Inc. and Raptor Mining
Products, Inc.***

TOUTON LAW, LLC.
Todd M. Touton (Nevada Bar No. 1744)
9909 Cozy Glen
Las Vegas, Nevada 89117
Telephone: 702-286-8353
toddtouton@gmail.com

BAKER & HOSTETLER LLP
Robert G. Abrams (*pro hac vice*)
Gregory J. Commins, Jr. (*pro hac vice*)
1050 Connecticut Ave., N.W., Suite 1100
Washington, DC 20036
(202) 861-1500
rabrams@bakerlaw.com
gcommins@bakerlaw.com

***Attorneys for Defendants Caterpillar Inc.,
Caterpillar Global Mining LLC, and Cash-
man Equipment Company***

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| ESCO CORPORATION and ESCO CANADA, LTD.,<br><br>                          Plaintiffs,<br><br>          v.<br><br>CASHMAN EQUIPMENT COMPANY, CATERPILLAR GLOBAL MINING LLC, CATERPILLAR, INC., RAPTOR MINING PRODUCTS (USA), INC. and RAPTOR MINING PRODUCTS, INC.<br><br>                          Defendants. | Lead Case No.: 2:12-cv-01545-RCJ-CWH<br><br>Consolidated Cases: (2:12-cv-01545-RCJ-CWH, 2:14-cv-529-RCJ-PAL)<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO DEFENDANTS' OPPOSITION TO ESCO'S MOTIONS TO DISMISS, STRIKE, SEVER & STAY [DKT 182]**<br><br>**(First Request)** |

1

Plaintiffs ESCO Corporation and ESCO Canada Ltd. (collectively "Plaintiffs") and Defendants Cashman Equipment Company, Caterpillar Global Mining LLC, Caterpillar Inc., Raptor Mining Products, (USA), Inc. and Raptor Mining Products, Inc. (collectively "Defendants"), through their undersigned counsel of record, and pursuant to L.R. 6-1 and 7-1, hereby agree and stipulate to the Court's entry of an *Order* providing that Plaintiffs shall have a two week extension to file their reply to Defendants' Opposition to Plaintiffs' Motions to Dismiss, Strike, Sever and Stay [Dkt 182], originally filed on June 22, 2015. Plaintiffs' reply is currently due on July 2, 2015. Defendants have now agreed to allow Plaintiffs two weeks of additional time to respond, making the reply due on July 16, 2015. The parties have not previously requested extensions regarding Plaintiffs' reply.

There is good cause for this stipulation, including the availability of Plaintiffs' counsel and the Fourth of July holiday. This extension is not requested for any improper purpose or delay.

Dated this 30th day of June, 2015.

GORDON SILVER

  /s/Joel Z. Schwarz  
DICKINSON WRIGHT PLLC
John L. Krieger (Nevada Bar No. 6023)
Joel Z. Schwarz (Nevada Bar No. 9181)
8363 West Sunset Road, Suite 200
Las Vegas, Nevada  89113-2210

**Attorneys for Raptor Mining Products, (USA), Inc. and Raptor Mining Products, Inc.**

BAKER & HOSTETLER LLP

  /s/Gregory J. Commins  
Robert G. Abrams (*Pro Hac Vice*)
Gregory J. Commins, Jr. (*Pro Hac Vice*)
1050 Connecticut Ave., N.W., Suite 1100
Washington, DC  20036
(202) 862-1600

BANNER & WITCOFF, LTD.

  /s/Eric J. Hamp  
BANNER & WITCOFF, LTD.
Charles W. Shifley (*Pro Hac Vice*)
Binal J. Patel (*Pro Hac Vice*)
Timothy J. Rechtien (*Pro Hac Vice*)
Eric J. Hamp (*Pro Hac Vice*)
Ten South Wacker Drive, Suite 3000
Chicago, Illinois  60606
(312) 463-5000
(312) 463-5001 fax

WATSON ROUNDS
Michael D. Rounds (NV Bar No. 4734)
Adam P. McMillen, Esq. (NV Bar No. 10678)
Adam Yowell (NV Bar No. 11748)
5371 Kietzke Lane
Reno, Nevada 89511
(775) 324-4100
(775) 333-8171 fax

2

TOUTON LAW, LLC
Todd M. Touton (Nevada Bar No. 1744)
ttouton@gmail.com
9909 Cozy Glen
Las Vegas, Nevada  89117
Telephone: 702-286-8353

STOEL RIVES LLP
Randolph C. Foster (*pro hac vice*)
randy.foster@stoel.com
900 SE Fifth Ave, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380

*Attorneys for Defendants Caterpillar Inc.,
Caterpillar Global Mining LLC, and Cashman
Equipment Company*

*Attorneys for Plaintiffs ESCO Corporation
and ESCO Canada, Ltd.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: ___June 30, 2015_____

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 30, 2015 a true and correct copy of the foregoing **JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' OPPOSITION TO ESCO'S MOTIONS TO DISMISS, STRIKE, SEVER & STAY [DKT 182]** will be served upon all counsel of record who are registered participants via electronic mail through the United States District Court's CM/ECF system.


DATED:  June 30, 2015                                    /s/Eric J. Hamp