| | |
|---|---|
| WATSON ROUNDS<br>Michael D. Rounds, Esq. (NV Bar No. 4734)<br>mrounds@watsonrounds.com<br>Adam P. McMillen, Esq. (NV Bar No. 10678)<br>amcmillen@watsonrounds.com<br>Adam Yowell, Esq. (NV Bar No. 11748)<br>ayowell@watsonrounds.com<br>5371 Kietzke Lane<br>Reno, Nevada 89511<br>Telephone: (775) 324-4100<br>Facsimile: (775) 333-8171<br><br>BANNER & WITCOFF, LTD.<br>Charles W. Shifley (*pro hac vice*)<br>Binal J. Patel (*pro hac vice*)<br>Timothy J. Rechtien (*pro hac vice*)<br>Eric J. Hamp (*pro hac vice*)<br>Ten South Wacker Drive, Suite 3000<br>Chicago, Illinois 60606-7407<br>Tel: (312) 463-5000<br>Fax:  (312) 463-5001<br><br>STOEL RIVES LLP<br>Randolph C. Foster (*pro hac vice*)<br>randy.foster@stoel.com<br>900 SE Fifth Ave, Suite 2600<br>Portland, OR 97204<br>Telephone: (503) 224-3380<br><br>***Attorneys for Plaintiffs ESCO Corporation and ESCO Canada, Ltd.*** | DICKINSON WRIGHT PLLC<br>John L. Krieger (NV Bar No. 6023)<br>jkrieger@gordonsilver.com<br>Joel Z. Schwarz (NV Bar No. 9181)<br>jschwarz@gordonsilver.com<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada  89113-2210<br>Tel:  (702) 382-4002<br>Fax:  (702) 382-1661<br><br>***Attorneys for Defendants Raptor Mining Products, (USA), Inc. and Raptor Mining Products, Inc.***<br><br>TOUTON LAW, LLC.<br>Todd M. Touton (Nevada Bar No. 1744)<br>9909 Cozy Glen<br>Las Vegas, Nevada 89117<br>Telephone: 702-286-8353<br>toddtouton@gmail.com<br><br>BAKER & HOSTETLER LLP<br>Robert G. Abrams (*pro hac vice*)<br>Gregory J. Commins, Jr. (*pro hac vice*)<br>1050 Connecticut Ave., N.W., Suite 1100<br>Washington, DC 20036<br>(202) 861-1500<br>rabrams@bakerlaw.com<br>gcommins@bakerlaw.com<br><br>***Attorneys for Defendants Caterpillar Inc., Caterpillar Global Mining LLC, and Cashman Equipment Company*** |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ESCO CORPORATION and ESCO CANADA, LTD.,<br><br>                       Plaintiffs,<br><br>         v.<br><br>CASHMAN EQUIPMENT COMPANY, CATERPILLAR GLOBAL MINING LLC, CATERPILLAR, INC., RAPTOR MINING PRODUCTS (USA), INC. and RAPTOR MINING PRODUCTS, INC.<br><br>                       Defendants. | Lead Case No.:  2:12-cv-01545-RCJ-CWH<br><br>Consolidated Cases: (2:12-cv-01545-RCJ-CWH, 2:14-cv-529-RCJ-PAL)<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO DEFENDANTS' OPPOSITION TO ESCO'S MOTION FOR LIMITED RECONSIDERATION [DKT 186]**<br><br>**(First Request)** |

1

1  Plaintiffs ESCO Corporation and ESCO Canada Ltd. (collectively "Plaintiffs") and Defendants Cashman Equipment Company, Caterpillar Global Mining LLC, Caterpillar, Inc., Raptor Mining Products, (USA), Inc. and Raptor Mining Products, Inc. (collectively "Defendants"), through their undersigned counsel of record, and pursuant to L.R. 6-1 and 7-1, hereby agree and stipulate to the Court's entry of an *Order* providing that Plaintiffs shall have a one week extension to file their Reply to Defendants' Opposition to Plaintiffs' Motion for Limited Reconsideration of the Court's Claim Construction Order [Dkt 186], originally filed on July 8, 2015. Plaintiffs' Reply is currently due on July 20, 2015. Defendants have now agreed to allow Plaintiffs one week of additional time to respond, making the Reply due on July 27, 2015. The parties have not previously requested extensions regarding Plaintiffs' Reply.

There is good cause for this stipulation, including the availability of Plaintiffs' counsel, and the number of recent or upcoming filings due between this case and the related Patent Office Trial proceedings, including but not limited to ESCO's Opposition to Caterpillar's Request for Rehearing in Case No. IPR2015-00409 before the Patent Trial and Appeal Board (filed July 13), ESCO's Reply in Support of its Motions to Dismiss, Strike, Sever and Stay in this case (due July 16), and ESCO's Preliminary Response to Caterpillar's Petition in Case No. IPR2015-01032 before the Patent Trial and Appeal Board (due July 17). This extension is not requested for any improper purpose or delay.

//
//
//
//
//
//
//

Dated this 15th day of July, 2015.

| | |
|---|---|
| GORDON SILVER<br><br>  /s/Joel Z. Schwarz<br>DICKINSON WRIGHT PLLC<br>John L. Krieger (Nevada Bar No. 6023)<br>Joel Z. Schwarz (Nevada Bar No. 9181)<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada  89113-2210<br><br>*Attorneys for Raptor Mining Products, (USA), Inc. and Raptor Mining Products, Inc.*<br><br>BAKER & HOSTETLER LLP<br><br>  /s/Gregory J. Commins<br>Robert G. Abrams (*Pro Hac Vice*)<br>Gregory J. Commins, Jr. (*Pro Hac Vice*)<br>1050 Connecticut Ave., N.W., Suite 1100<br>Washington, DC  20036<br>(202) 862-1600<br><br>TOUTON LAW, LLC<br>Todd M. Touton (Nevada Bar No. 1744)<br>ttouton@gmail.com<br>9909 Cozy Glen<br>Las Vegas, Nevada  89117<br>Telephone: 702-286-8353<br><br>*Attorneys for Defendants Caterpillar Inc., Caterpillar Global Mining LLC, and Cashman Equipment Company* | BANNER & WITCOFF, LTD.<br><br>  /s/Eric J. Hamp<br>BANNER & WITCOFF, LTD.<br>Charles W. Shifley (*Pro Hac Vice*)<br>Binal J. Patel (*Pro Hac Vice*)<br>Timothy J. Rechtien (*Pro Hac Vice*)<br>Eric J. Hamp (*Pro Hac Vice*)<br>Ten South Wacker Drive, Suite 3000<br>Chicago, Illinois  60606<br>(312) 463-5000<br>(312) 463-5001 fax<br><br>WATSON ROUNDS<br>Michael D. Rounds (NV Bar No. 4734)<br>Adam P. McMillen, Esq. (NV Bar No. 10678)<br>Adam Yowell (NV Bar No. 11748)<br>5371 Kietzke Lane<br>Reno, Nevada 89511<br>(775) 324-4100<br>(775) 333-8171 fax<br><br>STOEL RIVES LLP<br>Randolph C. Foster (*pro hac vice*)<br>randy.foster@stoel.com<br>900 SE Fifth Ave, Suite 2600<br>Portland, OR 97204<br>Telephone: (503) 224-3380<br><br>*Attorneys for Plaintiffs ESCO Corporation and ESCO Canada, Ltd.* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 21, 2015

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 15, 2015 a true and correct copy of the foregoing **JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' OPPOSITION TO ESCO'S MOTION FOR LIMITED RECONSIDERATION [DKT 186]** will be served upon all counsel of record who are registered participants via electronic mail through the United States District Court's CM/ECF system.

DATED: July 15, 2015                              /s/Eric J. Hamp