UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESCO CORPORATION, *et al.*,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>    vs.<br><br>CASHMAN EQUIPMENT COMPANY, *et al.*,<br><br>    Defendants/Counterclaim Plaintiffs. | Case No.:  2:12-cv-01545-RCJ-CWH<br><br>MINUTE ORDER |

**MINUTE ORDER IN CHAMBERS**

        IT IS HEREBY ORDERED that Oral Argument re: [ECF #160/164/165/166] ESCO's Motion to: (1) Dismiss Defendants' Counterclaims and Strike Defendants' Affirmative Defenses Relating to Inequitable Conduct; and (2) Sever and Stay the Remaining Counterclaims and Affirmative Defenses Relating to Antitrust and Misuse; and [ECF #179] ESCO's Motion for Limited Reconsideration of the Court's Claim construction Order is set for 10:00AM Wednesday, September 9, 2015, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

        IT IS SO ORDERED this 21st day of July, 2015.

_____
ROBERT C. JONES
District Judge