| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>Michael D. Rounds, Esq. (NV Bar No. 4734)<br>mrounds@bhfs.com<br>Adam P. McMillen, Esq. (NV Bar No. 10678)<br>amcmillen@bhfs.com<br>Adam Yowell, Esq. (NV Bar No. 11748)<br>ayowell@bhfs.com<br>5371 Kietzke Lane, Reno, Nevada 89511<br>Telephone: (775) 324-4100 | DICKINSON WRIGHT PLLC<br>John L. Krieger, Esq. (Nevada Bar No. 6023)<br>jkrieger@dickinsonwright.com<br>8363 West Sunset Road, Suite 200<br>Las Vegas, NV 89113<br>Phone: (702) 382-4002<br>Fax: (702) 382-1661<br><br>*Attorneys for Defendants Raptor Mining Products Inc. and Raptor Mining Products (USA) Inc.* |
| BANNER & WITCOFF, LTD<br>Charles W. Shifley (*pro hac vice* Admitted)<br>cshifley@bannerwitcoff.com<br>Binal J. Patel (*pro hac vice* Admitted)<br>bpatel@bannerwitcoff.com<br>Timothy J. Rechtien (*pro hac vice* Admitted)<br>trechtien@bannerwitcoff.com<br>Eric J. Hamp (*pro hac vice* Admitted)<br>ehamp@bannerwitcoff.com<br>Ten South Wacker Drive, Suite 3000<br>Chicago, Illinois 60606-7407<br>Tel: (312) 463-5000<br>Fax: (312) 463-5001 | TOUTON LAW, LLC.<br>Todd M. Touton (Nevada Bar No. 1744)<br>9909 Cozy Glen<br>Las Vegas, Nevada 89117<br>Telephone: 702-286-8353<br>toddtouton@gmail.com<br><br>and<br><br>BAKER HOSTETLER<br>Gregory J. Commins, Jr.<br>(admitted pro hac vice)<br>gcommins@bakerlaw.com<br>1050 Connecticut Ave., N.W.<br>Suite 1100<br>Washington, DC 20036<br>Telephone: 202-861-1500<br>Facsimile: 202-861-1783 |
| STOEL RIVES LLP<br>Randolph C. Foster (*pro hac vice* Admitted)<br>randy.foster@stoel.com<br>900 SE Fifth Ave, Suite 2600<br>Portland, OR 97204<br>Telephone: (503) 224-3380<br><br>*Attorneys for Plaintiffs ESCO Corporation and ESCO Canada, Ltd.* | *Attorneys for Defendants Cashman Equipment Company, Caterpillar Global Mining LLC, and Caterpillar Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ESCO CORPORATION and ESCO CANADA, LTD.<br><br>CASHMAN EQUIPMENT COMPANY, CATERPILLAR GLOBAL MINING LLC, CATERPILLAR INC., RAPTOR MINING PRODUCTS (USA) INC., and RAPTOR MINING PRODUCTS INC. | Lead Case No.: 2:12-cv-01545-RCJ-CWH<br>Consolidated Cases: (2:12-cv-01545-RCJ-CWH, 2:14-cv-529-RCJ-PAL)<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSIONS OF TIME FOR (1) JOINTLY PROPOSING A POST-CLAIM CONSTRUCTION SCHEDULING ORDER AND (2) DEFENDANTS' FILING OF ANY AMENDED AFFIRMATIVE DEFENSES AND/OR COUNTERCLAIMS**<br><br>**(First Request)** |

Plaintiffs ESCO Corporation and ESCO Canada Ltd. (collectively "Plaintiffs") and Defendants Cashman Equipment Company, Caterpillar Global Mining LLC, Caterpillar Inc., Raptor Mining Products, (USA), Inc. and Raptor Mining Products, Inc. (collectively "Defendants"), through their undersigned counsel of record, and pursuant to L.R. 6-1 and 7-1, hereby agree and stipulate to the Court's entry of an *Order* providing that: (1) the parties shall have until March 18, 2016, to submit a proposed Post-Claim Construction Scheduling Order, and (2) that Defendants shall have until March 31, 2016, to re-plead any of the claims or defenses that were dismissed or struck in the Court's recent Order, but where the Court granted Defendants leave to amend. (Dkt. 200).

Further to the Court's Order holding in abeyance all deadlines in this case (with the exception of the Post-Claim Construction Settlement Conference) pending the Court's resolution of certain Motions (Dkt No. 172), and the Court's subsequent resolution of these Motions (Dkt. No. 200), a Proposed Post-Claim Construction Scheduling Order is currently due on February 5, 2016. Further, the Court's Order (Dkt. No. 200) began the time period where Defendants must re-plead any of their dismissed claims and struck defenses. The parties have now agreed to extend both of these deadlines.

There is good cause for this stipulation. For example, the parties need to evaluate the scope and strength of their various claims and defenses given the Court's recent Order, which dismissed numerous claims and declined to reconsider any of the Court's prior patent claim constructions. Continuing these deadlines would therefore promote judicial economy by preventing the need for the parties, and the Court, to expend time and effort on issues that may later be dropped from the case. Further, the extension will allow the parties to determine an efficient timetable for resolving any remaining issues in the case, if appropriate. Moreover, this

extension is not requested for any improper purpose or delay. Finally, the parties have not previously requested extensions regarding the either of these deadlines.

**RESPECTFULLY SUBMITTED** on this 4th day of February, 2016.

**ESCO CORPORATION**

/s/ Eric J. Hamp
BROWNSTEIN HYATT FARBER SCHRECK, LLP
Michael D. Rounds, Esq. (Nevada Bar No. 4734)
mrounds@bhfs.com
Adam P. McMillen, Esq. (NV Bar No. 10678)
amcmillen@bhfs.com
Adam Yowell, Esq. (Nevada Bar No. 11748)
ayowell@@bhfs.com
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171

&

BANNER & WITCOFF, LTD.
Charles W. Shifley (IL. Bar No. 2587564)
(*pro hac vice* Admitted)
Binal J. Patel (IL. Bar No. 6237843)
(*pro hac vice* Admitted)
Timothy J. Rechtien (IL. Bar No. 6293623)
(*pro hac vice* Admitted)
Eric J. Hamp (*pro hac vice* Admitted)
ehamp@bannerwitcoff.com
Ten South Wacker Drive, Suite 3000
Chicago, Illinois 60606-7407
Tel: (312) 463-5000
Fax: (312) 463-5001

&

STOEL RIVES LLP
Randolph C. Foster (Admitted pro hac vice)
randy.foster@stoel.com
900 SE Fifth Ave, Suite 2600

JOINT STIPULATION AND ORDER FOR EXTENSIONS OF TIME FOR (1) JOINTLY PROPOSING A POST-CLAIM CONSTRUCTION SCHEDULING ORDER AND (2) DEFENDANTS' FILING OF ANY AMENDED AFFIRMATIVE DEFENSES AND/OR COUNTERCLAIMS

3

Portland, OR 97204
Telephone: (503) 224-3380

*Attorneys for ESCO Corporation*

**CASHMAN EQUIPMENT COMPANY, CATERPILLAR GLOBAL MINING LLC, and CATERPILLAR, INC.**

/s/ Shawnna M. Yashar
TOUTON LAW, LLC.
Todd M. Touton (Nevada Bar No. 1744)
toddtouton@gmail.com
9909 Cozy Glen
Las Vegas, Nevada 89117
Telephone: 702-286-8353

&

BAKER HOSTETLER
Robert G. Abrams (admitted *pro hac vice*)
rabrams@bakerlaw.com
Gregory J. Commins, Jr. (admitted *pro hac vice*)
gcommins@bakerlaw.com
1050 Connecticut Ave., N.W.
Suite 1100
Washington, DC 20036
Telephone: 202-861-1500
Facsimile: 202-861-1783

*Attorneys for Cashman Equipment Company, Caterpillar Global Mining LLC, and Caterpillar Inc.*

**RAPTOR MINING PRODUCTS INC. AND RAPTOR MINING PRODUCTS (USA) INC.**

/s/ John L. Krieger
DICKINSON WRIGHT PLLC
John L. Krieger, Esq. (Nevada Bar No. 6023)
Joel Z. Schwarz (Nevada Bar No. 9181)
jkrieger@dickinsonwright.com
jschwarz@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113

JOINT STIPULATION AND ORDER FOR EXTENSIONS OF TIME FOR (1) JOINTLY PROPOSING A POST-CLAIM CONSTRUCTION SCHEDULING ORDER AND (2) DEFENDANTS' FILING OF ANY AMENDED AFFIRMATIVE DEFENSES AND/OR COUNTERCLAIMS

Phone: (702) 382-4002
Fax: (702) 382-1661
*Attorneys for Raptor Mining Products Inc. and Raptor Mining Products (USA) Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 8, 2016

JOINT STIPULATION AND ORDER FOR EXTENSIONS OF TIME FOR (1) JOINTLY PROPOSING A POST-CLAIM CONSTRUCTION SCHEDULING ORDER AND (2) DEFENDANTS' FILING OF ANY AMENDED AFFIRMATIVE DEFENSES AND/OR COUNTERCLAIMS

5

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 4, 2016, a true and correct copy of the foregoing JOINT STIPULATION AND ORDER FOR EXTENSIONS OF TIME FOR (1) JOINTLY PROPOSING A POST-CLAIM CONSTRUCTION SCHEDULING ORDER AND (2) DEFENDANTS' FILING OF ANY AMENDED AFFIRMATIVE DEFENSES AND/OR COUNTERCLAIMS will be served upon all counsel of record who are registered participants via electronic mail through the United States District Court's CM/ECF system.

DATED: February 4, 2016                              /s/ Eric J. Hamp