BROWNSTEIN HYATT FARBER SCHRECK, LLP
Michael D. Rounds, Esq. (NV Bar No. 4734)
Adam Yowell, Esq. (NV Bar No. 11748)
ayowell@bhfs.com
5371 Kietzke Lane, Reno, NV 89511
Telephone: (775) 324-4100
Email:  mrounds@bhfs.com
          ayowell@bhfs.com

BANNER & WITCOFF, LTD.
Charles W. Shifley (*pro hac vice* Admitted)
Binal J. Patel (*pro hac vice* Admitted)
Timothy J. Rechtien (*pro hac vice* Admitted)
Eric J. Hamp (*pro hac vice* Admitted)
10 S. Wacker Dr., St. 3000, Chicago, IL 60606
Telephone: (312) 463-5000
Email:  cshifley@bannerwitcoff.com
          bpatel@bannerwitcoff.com
          trechtien@bannerwitcoff.com
          ehamp@bannerwitcoff.com

STOEL RIVES LLP
Randolph C. Foster (*pro hac vice* Admitted)
900 SE Fifth Ave, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Email:  randy.foster@stoel.com

*Attorneys for Plaintiffs ESCO Corporation and ESCO Canada, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ESCO CORPORATION and ESCO CANADA, LTD.<br><br>           Plaintiffs/ Counterclaim Defendants,<br><br>v.<br><br>CASHMAN EQUIPMENT COMPANY, CATERPILLAR GLOBAL MINING LLC, CATERPILLAR, INC., RAPTOR MINING PRODUCTS (USA) INC., and RAPTOR MINING PRODUCTS INC.<br><br>           Defendants/ Counterclaim Plaintiffs. | Case No.: 2:12-cv-01545-RCJ-CWH<br><br>Consolidated Cases: (2:12-cv-01545-RCJ-CWH, 2:14-cv-00529-RCJ-PAL)<br><br>**[PROPOSED] ORDER** |

1

The parties ESCO Corporation, ESCO Canada Ltd., Cashman Equipment Company, Caterpillar Global Mining LLC, Caterpillar Inc., Raptor Mining Products (USA) Inc. and Raptor Mining Products, Inc., through their counsel of record, appeared before the Court on October 6, 2016 for a status conference in the above-entitled matter;

The parties informed the Court that they were still discussing settlement and would coordinate and schedule a private mediation that shall occur before January 4, 2017;

If the parties do not settle the case by January 4, 2017, they will file a Post- Claim Construction Scheduling Order by that date and Defendants shall have until February 2, 2017 to re-plead any of the dismissed or struck counterclaims or defenses that the Court has granted the Defendants leave to amend. (ECF No. 200).

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED: This 18th day of October, 2016.

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) the undersigned certifies that on this date a true and correct copy of the foregoing document, **[PROPOSED] ORDER**, will be served upon counsel of record via electronic mail through the Court's CM/ECF system.

DATED: October 17, 2016        /s/ *Jeff Tillison*
                               An Employee of Brownstein Hyatt Farber Schreck, LLP