BROWNSTEIN HYATT FARBER
SCHRECK, LLP
Michael D. Rounds, Esq. (NV Bar No. 4734)
mrounds@bhfs.com
Adam P. McMillen, Esq. (NV Bar No. 10678)
amcmillen@bhfs.com
Adam Yowell, Esq. (NV Bar No. 11748)
ayowell@bhfs.com
5371 Kietzke Lane, Reno, Nevada 89511
Telephone: (775) 324-4100

BANNER & WITCOFF, LTD
Charles W. Shifley (*pro hac vice* Admitted)
cshifley@bannerwitcoff.com
Binal J. Patel (*pro hac vice* Admitted)
bpatel@bannerwitcoff.com
Timothy J. Rechtien (*pro hac vice* Admitted)
trechtien@bannerwitcoff.com
Eric J. Hamp (*pro hac vice* Admitted)
ehamp@bannerwitcoff.com
Ten South Wacker Drive, Suite 3000
Chicago, Illinois 60606-7407
Tel: (312) 463-5000, Fax: (312) 463-5001

STOEL RIVES LLP
Randolph C. Foster (*pro hac vice* Admitted)
randy.foster@stoel.com
900 SE Fifth Ave, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380

*Attorneys for Plaintiffs ESCO Corporation and
ESCO Canada, Ltd.*

DICKINSON WRIGHT PLLC
John L. Krieger, Esq. (Nevada Bar No. 6023)
jkrieger@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Phone: (702) 550-4439
Fax: (702) 382-1661

*Attorneys for Defendants Raptor Mining
Products Inc. and Raptor Mining Products
(USA) Inc.*

TOUTON LAW, LLC.
Todd M. Touton (Nevada Bar No. 1744)
9909 Cozy Glen
Las Vegas, Nevada 89117
Telephone: 702-286-8353
toddtouton@gmail.com

and

BAKER HOSTETLER
Gregory J. Commins, Jr.
(admitted pro hac vice)
gcommins@bakerlaw.com
1050 Connecticut Ave., N.W.
Suite 1100
Washington, DC 20036
Telephone: 202-861-1500
Facsimile: 202-861-1783

*Attorneys for Defendants Cashman Equipment
Company, Caterpillar Global Mining LLC, and
Caterpillar Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ESCO CORPORATION and ESCO CANADA, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>CASHMAN EQUIPMENT COMPANY, CATERPILLAR GLOBAL MINING LLC, CATERPILLAR INC., RAPTOR MINING PRODUCTS (USA) INC., and RAPTOR MINING PRODUCTS INC.<br><br>Defendants. | Lead Case No.: 2:12-cv-01545-RCJ-CWH<br>Consolidated Cases: (2:12-cv-01545-RCJ-CWH, 2:14-cv-529-RCJ-PAL)<br><br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

The Plaintiffs, ESCO Corporation and ESCO Canada Ltd. and the Defendants, Cashman Equipment Co., Caterpillar Global Mining LLC, Caterpillar Inc., Raptor Mining Products (USA) Inc., and Raptor Mining Products Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**PATENTS SETTLEMENT AGREEMENT**" and dated November 30, 2016, with each party to bear its own costs, expenses and attorneys' fees.

**RESPECTFULLY SUBMITTED** on this 12th day of December, 2016.

**ESCO CORPORATION**

/s/ Binal J. Patel
BROWNSTEIN HYATT FARBER SCHRECK, LLP
Michael D. Rounds, Esq. (Nevada Bar No. 4734)
mrounds@bhfs.com
Adam P. McMillen, Esq. (NV Bar No. 10678)
amcmillen@bhfs.com
Adam Yowell, Esq. (Nevada Bar No. 11748)
ayowell@@@bhfs.com
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171

&

BANNER & WITCOFF, LTD.
Charles W. Shifley (IL Bar No. 2587564)
(*pro hac vice* Admitted)
Binal J. Patel (IL Bar No. 6237843)
(*pro hac vice* Admitted)
Timothy J. Rechtien (IL Bar No. 6293623)
(*pro hac vice* Admitted)
Eric J. Hamp (IL Bar No. 6306101)
(*pro hac vice* Admitted)
ehamp@bannerwitcoff.com
Ten South Wacker Drive, Suite 3000
Chicago, Illinois 60606-7407

2

Tel: (312) 463-5000
Fax: (312) 463-5001

&

STOEL RIVES LLP
Randolph C. Foster (Admitted pro hac vice)
randy.foster@stoel.com
900 SE Fifth Ave, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380

*Attorneys for ESCO Corporation*

**CASHMAN EQUIPMENT COMPANY,
CATERPILLAR GLOBAL MINING LLC, and
CATERPILLAR INC.**

/s/ Shawnna M. Yashar
TOUTON LAW, LLC.
Todd M. Touton (Nevada Bar No. 1744)
toddtouton@gmail.com
9909 Cozy Glen
Las Vegas, Nevada 89117
Telephone: 702-286-8353

&

BAKER HOSTETLER
Robert G. Abrams (admitted *pro hac vice*)
rabrams@bakerlaw.com
Gregory J. Commins, Jr. (admitted *pro hac vice*)
gcommins@bakerlaw.com
Shawnna M. Yashar (admitted *pro hac vice*)
syashar@bakerlaw.com
1050 Connecticut Ave., N.W.
Suite 1100
Washington, DC 20036
Telephone: 202-861-1500
Facsimile: 202-861-1783

*Attorneys for Cashman Equipment Company,
Caterpillar Global Mining LLC, and Caterpillar
Inc.*

**RAPTOR MINING PRODUCTS INC. AND
RAPTOR MINING PRODUCTS (USA) INC.**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ John L. Krieger
DICKINSON WRIGHT PLLC
John L. Krieger, Esq. (Nevada Bar No. 6023)
Joel Z. Schwarz (Nevada Bar No. 9181)
jkrieger@dickinsonwright.com
jzs@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Phone: (702) 550-4439
Fax: (702) 382-1661

*Attorneys for Raptor Mining Products Inc. and*
*Raptor Mining Products (USA) Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 12, 2016, a true and correct copy of the foregoing STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE will be served upon all counsel of record who are registered participants via electronic mail through the United States District Court's CM/ECF system.

DATED: December 12, 2016                    /s/ Binal J. Patel_____

1    BROWNSTEIN HYATT FARBER
     SCHRECK, LLP
2    Michael D. Rounds, Esq. (NV Bar No. 4734)
     mrounds@bhfs.com
3    Adam P. McMillen, Esq. (NV Bar No. 10678)
     amcmillen@bhfs.com
4    Adam Yowell, Esq. (NV Bar No. 11748)
     ayowell@bhfs.com
5    5371 Kietzke Lane, Reno, Nevada 89511
6    Telephone: (775) 324-4100

7    BANNER & WITCOFF, LTD
     Charles W. Shifley (*pro hac vice* Admitted)
8    cshifley@bannerwitcoff.com
     Binal J. Patel (*pro hac vice* Admitted)
9    bpatel@bannerwitcoff.com
     Timothy J. Rechtien (*pro hac vice* Admitted)
10   trechtien@bannerwitcoff.com
     Eric J. Hamp (*pro hac vice* Admitted)
11   ehamp@bannerwitcoff.com
12   Ten South Wacker Drive, Suite 3000
     Chicago, Illinois 60606-7407
13   Tel: (312) 463-5000, Fax: (312) 463-5001

14   STOEL RIVES LLP
     Randolph C. Foster (*pro hac vice* Admitted)
15   randy.foster@stoel.com
16   900 SE Fifth Ave, Suite 2600
     Portland, OR 97204
17   Telephone: (503) 224-3380

18   *Attorneys for Plaintiffs ESCO Corporation and*
     *ESCO Canada, Ltd.*
19

DICKINSON WRIGHT PLLC
John L. Krieger, Esq. (Nevada Bar No. 6023)
jkrieger@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Phone: (702) 550-4439
Fax: (702) 382-1661

*Attorneys for Defendants Raptor Mining*
*Products Inc. and Raptor Mining Products*
*(USA) Inc.*

TOUTON LAW, LLC.
Todd M. Touton (Nevada Bar No. 1744)
9909 Cozy Glen
Las Vegas, Nevada 89117
Telephone: 702-286-8353
toddtouton@gmail.com

and

BAKER HOSTETLER
Gregory J. Commins, Jr.
(admitted pro hac vice)
gcommins@bakerlaw.com
1050 Connecticut Ave., N.W.
Suite 1100
Washington, DC 20036
Telephone: 202-861-1500
Facsimile: 202-861-1783

*Attorneys for Defendants Cashman Equipment*
*Company, Caterpillar Global Mining LLC, and*
*Caterpillar Inc.*

20           **UNITED STATES DISTRICT COURT**
             **DISTRICT OF NEVADA**

21

22   ESCO CORPORATION and ESCO
     CANADA, LTD.

23                   Plaintiffs,

24         v.

25   CASHMAN EQUIPMENT COMPANY,
     CATERPILLAR GLOBAL MINING LLC,
26   CATERPILLAR INC., RAPTOR MINING
     PRODUCTS (USA) INC., and RAPTOR
27   MINING PRODUCTS INC.
28                 Defendants.

Lead Case No.: 2:12-cv-01545-RCJ-CWH
Consolidated Cases: (2:12-cv-01545-RCJ-CWH,
2:14-cv-529-RCJ-PAL)

**[PROPOSED] ORDER OF DISMISSAL**
**WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiffs, ESCO Corporation and ESCO Canada Ltd. and Defendants, Cashman Equipment Co., Caterpillar Global Mining LLC, Caterpillar Inc., Raptor Mining Products (USA) Inc., and Raptor Mining Products Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that:

All claims and counterclaims asserted in this suit between Plaintiffs, ESCO Corporation and ESCO Canada Ltd. and Defendants, Cashman Equipment Co., Caterpillar Global Mining LLC, Caterpillar Inc., Raptor Mining Products (USA) Inc., and Raptor Mining Products Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**PATENTS SETTLEMENT AGREEMENT**" and dated November 30, 2016; and all attorneys' fees and costs are to be borne by the party that incurred them.

**IT IS SO ORDERED:**

_____

UNITED STATES DISTRICT JUDGE

DATED: January 5, 2017.